IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GUILLERMO FUENTES,**

   *Plaintiff*,

v.                                               Case No.: 4:23cv522-MW/MJF

**CENTURION OF FLORIDA, LLC,**
**et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

   **SO ORDERED on June 17, 2024**

                                                    **s/Mark E. Walker**
                                                    **Chief United States District Judge**